# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DANA L. BRIDSON,**

    **Plaintiff,**

Case No. 17-10293

Honorable Denise Page Hood

v.

**HELVEY & ASSOCIATES, INC.,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

On May 3, 2017, the parties filed a Stipulation of Dismissal under Fed.R.Civ.P. 41(a)(1).

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice pursuant to the parties' Stipulation. Each party shall bear its own costs and fees.

    S/Denise Page Hood
    Denise Page Hood
    Chief Judge, United States District Court

Dated: May 31, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2017, by electronic and/or ordinary mail.

    S/LaShawn R. Saulsberry
    Case Manager